DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**O'BRIAN OAKLEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D20-879 and 4D21-792

[November 4, 2021]

Consolidated appeals of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward H. Merrigan, Jr., Judge; L.T. Case No. 062012CF011456A88810.

O'Brian Oakley, Mayo, pro se.

Ashley Moody, Attorney General, Tallahassee, and Allan R. Geesey, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GROSS, and KUNTZ, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***